JUDGMENT

FILED: September 3, 1993

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 93-1223
MISC-92-117-E
BK-89-00930

FILED
SEP 27 1993
U.S. DISTRICT COURT
ELKINS WV 26241

In Re: HENRY ROBERT GREWE; CATHY ANNE GREWE, his wife

Debtors

---

HENRY ROBERT GREWE; CATHY ANNE GREWE, his wife

Plaintiffs – Appellees

v.

UNITED STATES OF AMERICA, on behalf of its agency, Internal Revenue Service

Defendant – Appellant

---

Appeal from the United States District Court for the
Northern District of West Virginia at Wheeling

---

This case was heard by the Court on the record from the District Court and was argued by counsel.

The Court reverses the judgment of the District Court.

/s/ Bert M. Montague
_____
CLERK

A True Copy, Tester
Bert M. Montague, Clerk
BY_____
Deputy Clerk